**U.S. Department of Justice**
Office of Information Policy
*441 G Street, NW*
*Sixth Floor*
*Washington, DC, 20530-0001*

*Telephone: (202) 514-3642*

July 29, 2026

Matthew Hardin
Hardin Law Office
101 Rainbow Road
PMB 11506
Livingston, TX 77399
matthewdhardin@gmail.com

Re: FOIA-2026-04133
ADF:ERH:AKT

Dear Matthew Hardin:

This responds to your Freedom of Information Act (FOIA) request dated and received in this Office on July 21, 2026, for FOIA requests submitted concerning your client, Manuel Ortiz, records or appeals processed concerning such requests, and various records from the Federal Bureau of Investigation (FBI). **Please note that this Office was closed due to a lapse in funding appropriations from October 1, 2025 through November 12, 2025, which has resulted in a delay in responding to your request.**

Please be advised that a search has been conducted in this Office, and no records responsive to your request were located. For your information, in accordance with the National Archives and Records Administration's General Records Schedules, FOIA request files are appropriately destroyed six years after the final response by the agency.

For your information, the FOIA operation for both the Department of Justice and the federal government is decentralized and each Department component and federal entity maintains and handles FOIA requests for its own records. Accordingly, you need to direct your letter to the office(s) you believe have records pertaining to the subject of your request. Additional information regarding the federal government's administration of the FOIA, including a listing of FOIA contact information, is available at www.foia.gov. Based on the information you have provided, you may want to direct your request to the FBI to the extent that you are seeking records from that component.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2018). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our Acting FOIA Public Liaison, Eric Hotchkiss, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001; telephone at 202-514-3642.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, MD 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; or toll free at 1-877-684-6448.

If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

Sincerely,

for
Andrew D. Fiorillo
Chief, Initial Request Staff