**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Matthew Hardin

Re: Appeal No. A-2026-02127

Request No. FOIA-2026-04133

matthewdhardin@gmail.com

**VIA: Online Portal**

Dear Matthew Hardin:

You appealed from the action of the Initial Request Staff (IR Staff) of the Office of Information Policy on your Freedom of Information Act (FOIA) request for access to 1) prior FOIA and Privacy Act requests submitted to the Department of Justice or any Department of Justice component by Manuel Ortiz or by an identified person or entity acting on his behalf during calendar year 1999; 2) processing and appeal records concerning requests described in Item 1; 3) all records responsive to any request described in Item 1; and 4) records bearing on a third party's reliability and treatment as an informant. I note that your appeal concerns the adequacy of the IR Staff's search and the IR Staff's determination that it does not maintain certain portions of your request, as well as the failure to make determinations on your requests for expedited processing and a waiver of fees. Please note that this Office was closed due to a lapse in funding appropriations between October 1, 2025 and November 12, 2025, which resulted in a delay in responding to your appeal.

After carefully considering your appeal, I am affirming the IR Staff's action on your request. As to Items one and two, the IR Staff informed you that records that might have been responsive to your request were destroyed, pursuant to the agency's record retention and disposition schedules approved by the National Archives and Records Administration. Because these records were destroyed, the IR Staff could not determine whether they would have been responsive to your request. I have determined that the IR Staff's response was correct and that it conducted an adequate, reasonable search for responsive records subject to the FOIA.

As to Items three and four of your request, the IR Staff informed you that it does not maintain records such as those that you described. I have determined that the IR Staff's response was correct.

Please be advised that the IR Staff responded to your request by letter dated July 29, 2026. Because the IR Staff responded to your request within ten days, your appeal from the IR Staff's failure to grant expedited processing of your request is moot. Finally, because the IR Staff has not assessed any fees in connection with the processing of your request, there is no adverse fee waiver determination for this Office to consider on appeal.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the IR Staff in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; or toll-free at 1-877-684-6448. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

X Jillian Warzynski

Jillian Warzynski

Associate Chief, for Christina Troiani, Chief,
Administrative Appeals Staff