**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Matthew Hardin

Re: Appeal No. A-2026-02133

Request No. MRU Appeal.8-6-2026

matthewdhardin@gmail.com

**VIA: Email - 9/24/2026**

Dear Matthew Hardin:

You appealed from the action of the Mail Referral Unit (MRU) of the United States Department of Justice on your Freedom of Information Act (FOIA) request for access to 1) prior FOIA and Privacy Act requests submitted to the Department of Justice or any Department of Justice component by Manuel Ortiz or by an identified person or entity acting on his behalf during calendar year 1999; 2) processing and appeal records concerning requests described in Item 1; 3) all records responsive records to any request described in Item 1; and 4) records bearing on a third party's reliability and treatment as an informant. I note that your appeal concerns the MRU's July 22, 2026 response. Please note that this Office was closed due to a lapse in funding appropriations between October 1, 2025 and November 12, 2025, which resulted in a delay in responding to your appeal.

After carefully considering your appeal, I am affirming the MRU's action on your request. Please be advised that the MRU routed your request to the Federal Bureau of Investigation (FBI) and the Initial Request Staff (IR Staff) of the Office of Information Policy (OIP) for processing and direct response to you. I have determined that the MRU's response was correct. If you have any questions concerning the status of your routed request, please contact the FBI or the IR Staff. You may appeal any future adverse determination made by the FBI or OIP in accordance with the instructions provided by the components in their responses to you.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the MRU in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; or toll-free at 1-877-684-6448. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

X Jillian Warzynski

Jillian Warzynski,
Associate Chief for Christina Troiani,
Chief, Administrative Appeals Staff