UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL ORTIZ

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE

Defendant.

Civil Action No. 26-3389 (ABJ)

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant U.S. Department of Justice, by and through undersigned counsel, move for an extension of two weeks to file a response to Plaintiff's complaint. Defendant's response deadline is currently October 29, 2026. If the Court grants Defendant's motion, the new deadline to file a response would be November 12, 2026. Counsel for Defendant conferred with Plaintiff under Local Civil Rule 7(m). Plaintiff consents to the relief sought. Good cause supports this motion, as set forth below:

1. Plaintiff brings this lawsuit alleging a single violation of the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. *See generally* Compl. (ECF No. 1).

2. Defendant's response to the Complaint is currently due on October 29, 2026.

3. Good cause exists for this extension request. Defendant's counsel was recently assigned this case and undersigned counsel needs time to confer with agency counsel in connection with the preparation of a response to the Complaint.

4. This is the first extension request in this case and it is not sought for the purpose of delay.

5. The requested extension would not affect any other deadlines in this case.

6. Pursuant to Local Civil Rule 7(m), the parties conferred regarding the requested extension of time, and Plaintiff consents to the requested extension. A proposed order is attached.

Dated: October 26, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Malcolm McDermond_*
MALCOLM McDERMOND
N.Y. Bar # 5780861
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1709
Malcolm.McDermond@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL ORTIZ

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE

Defendant.

Civil Action No. 26-3389 (ABJ)

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion for an Extension of Time to Respond to the Complaint, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Defendant shall file an answer or other response to Plaintiff's Complaint, ECF No. 1, on or before November 12, 2026.

**SO ORDERED**, this ___ day of _____________, 2026.

______________________________
AMY BERMAN JACKSON
United States District Judge